GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS, CLOUSE, CROSE & OXFORD, LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860
Fax: 310-451-3858

OF COUNSEL
SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
John T. Ward
jtward@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
201 International Circle
Baltimore, Maryland 21030
Telephone:    410-783-5795
Facsimile:    410-510-1789

Attorneys for Plaintiff
CHEMOIL MIDDLE EAST DMCC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chemoil Middle East DMCC,<br><br>Plaintiff,<br><br>vs.<br><br>Gulf Marine Management SA,<br><br>and<br><br>Chloe Navigation Ltd.,<br><br>Defendants<br><br>and<br><br>The Master of the Vessel M/T CHLOE,<br><br>Garnishee. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION AND MEMORANDUM FOR AN ORDER AUTHORIZING ISSUE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, PURSUANT TO SUPPLEMENTAL MARITIME AND ADMIRALTY RULE B** |

Plaintiff's *Ex Parte* Application and
Memorandum for an Order Authorizing
Issue of Process of Maritime Attachment
and Garnishment, Pursuant to Supplemental
Maritime and Admiralty Rule B

Case 2:14-cv-08205-SVW-VBK   Document 4   Filed 10/22/14   Page 2 of 3   Page ID #:37

Plaintiff Chemoil Middle East DMCC ("Chemoil") hereby moves pursuant to Supplemental Admiralty and Maritime Rule B for an order directing the Clerk to issue process of maritime attachment of garnishment on the filing of plaintiff's Verified Complaint, for attachment, and seizure of property of Defendant, including, the vessel M/T CHLOE ("Vessel") and property of the Defendant on or adjacent to the Vessel, including, but not limited to, the bunkers of the Vessel (herein collectively, the "Property").

As set out more fully in the Verified Complaint, Chemoil is owed at least $1,307,080.50, plus contractually-required interest, costs, and attorneys' fees, totaling **at least $1,699,204.65** arising out of marine fuels provided to one of defendants' vessels, the M/T ARTEMIS GLORY. Review is requested because Chemoil reasonably believes that another vessel owned by defendants, the M/T CHLOE, and other property of defendants (including, the Vessel M/T CLOE ("Vessel") and the Vessel's bunkers) is currently at or near the waters located at Long Beach, California, at which the Vessel soon will berth (reporting, on or before Saturday, October 25, 2014).

Rule B of Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> (b) The plaintiff or the plaintiff's attorney must sign and file with the complaint an affidavit stating that, to the affiant's knowledge, or on information and belief, the defendant cannot be found within the district. The court must review the complaint and affidavit and, if the conditions of this Rule B appear to exist, enter an order so stating and authorizing process of attachment and garnishment. The clerk may issue supplemental process enforcing the court's order upon application without further court order.
>
> (c) If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable, the clerk must issue the summons and process of attachment and garnishment. The plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show that exigent circumstances existed.

Plaintiff's *Ex Parte* Application and
Memorandum for an Order Authorizing
Issue of Process of Maritime Attachment
and Garnishment, Pursuant to Supplemental
Maritime and Admiralty Rule B

(d)(i) If the property is a vessel or tangible property on board a vessel, the summons, process, and any supplemental process must be delivered to the marshal for service.

The Verified Complaint filed concurrently herewith satisfies the requirements of Rule B. Defendants are not "present" in this District for the purposes of Rule B, however, defendants' property, including the Vessel and Property, is or soon will be present in this District.

Chemoil therefore respectfully requests that this Court now issue the Supplemental Rule B writs as requested, and herewith files a draft Order for issue of the writs and draft writs.

Dated: October 22, 2014.

/s/ Gary R. Clouse
GARY R. CLOUSE (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS, CLOUSE, CROSE & OXFORD, LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: 310-458-3860
Fax: 310-451-3858

Chemoil Middle East DMCC Counsel

OF COUNSEL

SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
John T. Ward.
jtward@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
201 International Circle
Baltimore, Maryland  21201
Telephone:	410-783-5795
Fax:	410-510-1789

Plaintiff's *Ex Parte* Application and Memorandum for an Order Authorizing Issue of Process of Maritime Attachment and Garnishment, Pursuant to Supplemental Maritime and Admiralty Rule B