**FILED**
CLERK, U.S. DISTRICT COURT

Oct 23, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Chemoil Middle East DMCC,

    Plaintiff,

vs.

Gulf Marine Management SA,

and

Chloe Navigation Ltd.,

    Defendants

and

The Master of the Vessel M/T CHLOE,

    Garnishee.

CASE NO.: 2:14-CV-08205-SVW-VBK

**IN ADMIRALTY**

**PROPOSED ORDER FOR ISSUE OF WRITS OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO FEDERAL SUPPLEMENTAL ADMIRALTY RULE B**

    Upon reading of Plaintiff's verified complaint for issue of writs of maritime attachment, and supporting papers, the Court finds that the conditions for an action under Supplemental Admiralty Rule B appear to exist;

    **IT IS ORDERED** that the Clerk issue writs of maritime attachment, as prayed for in the verified complaint; and it is further

    **ORDERED** that the Clerk shall issue further, supplementary writs of maritime attachment and garnishment, on request of Plaintiff; and it is further

    **ORDERED** that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which the

plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment.

**SO ORDERED** October 23, 2014.

_____
United States District Judge
STEPHEN V. WILSON