FILED
CLERK, U.S. DISTRICT COURT
Oct 23, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMc___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chemoil Middle East DMCC,<br><br>    Plaintiff,<br><br>vs.<br><br>Gulf Marine Management SA,<br><br>and<br><br>Chloe Navigation Ltd.,<br><br>    Defendants<br><br>and<br><br>The Master of the Vessel M/T CHLOE,<br><br>    Garnishee. | CASE NO.: 2:14-CV-08205-SVW-VBK<br><br>IN ADMIRALTY<br><br>WRIT OF MARITIME ATTACHMENT AND GARNISHMENT - SUPPLEMENTAL RULE B - FEDERAL RULES OF CIVIL PROCEDURE<br><br>MASTER OF THE M/T CHLOE – FOR THE VESSEL AND ALL OTHER PROPERTY OF THE DEFENDANT ON OR ADJACENT TO THE VESSEL |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Central District of California, or to his lawful Deputy:

GREETINGS:

    WHEREAS a verified complaint has been filed in the United States District Court for the Central District of California by Plaintiff Chemoil Middle East DMCC ("Chemoil") in a certain action for amounts alleged to be due and owing to said Plaintiff amounting to a sum of at least USD $1,307,080.50, plus interest, costs, and contractually-required interest, costs, expenses and attorneys' fees totaling **at least $1,699,204.65** and praying for process of Maritime Attachment and Garnishment against the said Defendants Gulf Marine Management SA and its alter-ego/subsidiary Chloe Navigation Ltd., and

    WHEREAS this process is issued pursuant to such prayer and requires that a garnishee shall serve garnishee's answer, together with answers to any interrogatories served with the

verified complaint, within 21 days after service of process upon garnishee and requires that a defendant shall serve defendant's answer within 21 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels, including, but not limited to, the Vessel M/T CHLOE, fuel aboard the vessel M/T CHLOE ("Vessel") and all property of defendants aboard or adjacent to such Vessel or in the hands of any person or entity in this District (collectively, "Property"), to the amounts sued for; and if such Property cannot be found that you attach all Property of defendants to the amounts sued for in the hands of or under the control or custody of the Master of the Vessel, and that you promptly after the execution of this process file the same in this Court with your return thereon.

If the character or situation of the Vessel and/or Property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the Vessel and/or Property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the Vessel or Property serve his or her claim to the Vessel or Property within 14 days after process has been executed, and shall serve an answer within 21 days after the filing of the claim.

Issued October 23, 2014.

Clerk - U.S. District Court

By: _____
Paul M. Cruz
Deputy Clerk

1111

Attorneys for Plaintiff: GARY R. CLOUSE, ISAACS, CLOUSE, CROSE & OXFORD, LLP, 3110 Main Street, Suite 210 Santa Monica, California 90405, Telephone: 310-458-3860 and J. Stephen Simms, John. T. Ward and Marios J. Monopolis, Simms Showers LLP, 201 International Circle, Suite 250, Hunt Valley, Maryland 21030, Telephone: 410-783-5795.